IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIOR, INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) CASE NO. 09-CV-30225-MAP |
| | ) |
| GEORGE W. HUBER, | ) |
| | ) |
| Defendant/Counterclaimant. | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KiOR, Inc. and Defendant George W. Huber, by their undersigned counsel, that all claims and counterclaims of all parties are hereby voluntarily dismissed in their entirety, without prejudice.  Each party bears its own costs and attorneys' fees.

KIOR, INC.,

By its attorneys,

/s/  Matthew S. Barrett
Robert S. Frank, Jr. (BBO #177240)
rfrank@choate.com
Eric J. Marandett (BBO #561730)
emarandett@choate.com
Matthew S. Barrett (BBO #673882)
mbarrett@choate.com
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000

Dated: October 14, 2010

GEORGE W. HUBER,

By his attorneys,

/s/ Lee T. Gesmer
Lee T. Gesmer (BBO #190260)
lee.gesmer@gesmer.com
Nancy M. Cremins (BBO #658932)
nancy.cremins@gesmer.com
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109
Tel: (617) 350-6800
Fax: (617) 350-6878

Dated: October 14, 2010

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 14, 2010.

/s/ *Matthew S. Barrett*
Matthew S. Barrett

4747125v1